IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:19CR3020 |
| vs. | |
| LINZY M. SWISHER, | ORDER |
| Defendant. | |

A motion to suppress remains pending.

Accordingly,

IT IS ORDERED that trial of this case is continued pending resolution of pretrial motions.

Dated this 23rd day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge