IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3020 |
| vs. | |
| LINZY M. SWISHER, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion, (Filing No. 49), is granted.

2) Defendant's objection to the findings and recommendation, (Filing No. 47), shall be filed on or before October 11, 2019.

October 5, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge